UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                              Case No. 8:16-cr-275-VMC-JSS

DEVIN AHESIA-JAY PEMBERTON,

    Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of the pro se Motion to Reduce Sentence filed by Devin Ahesia-Jay Pemberton on January 20, 2023. (Doc. # 133). The United States has responded. (Doc. # 135). For the reasons described below, the Motion is denied.

**I.   Background**

On September 22, 2017, the Court sentenced Pemberton to 262 months of imprisonment for sex trafficking of a minor under 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(2), and (c). (Doc. # 81). The Court previously denied both of Pemberton's motions for compassionate release. (Doc. ## 107, 125). Now, Pemberton seeks a one-year reduction of his sentence pursuant to 18 U.S.C. § 3632. (Doc. # 133).

1

## II. Legal Standard

The BOP has exclusive jurisdiction over sentence computations subject to later judicial review as governed by 28 U.S.C. § 2241. "After a district court sentences a federal offender, the Attorney General, though the Bureau of Prisons, has the responsibility for administering the sentence." United States v. Wilson, 503 U.S. 329, 335 (1992) (interpreting 18 U.S.C. § 3585(b)). Responsibility for determining sentence credits likewise lies with the Attorney General, through the BOP, as opposed to district courts. Id. at 330, 333.

## III. Analysis

The Court does not have the authority to award Pemberton time credit to reduce his sentence. Even if it did, Pemberton is ineligible for such credits. Under Section 3632, "a prisoner is ineligible to receive time credits under this paragraph if the prisoner is serving a sentence for a conviction under any of the following provisions of law." 18 U.S.C. § 3632(4)(d). Individuals who were convicted of "any offense under chapter 77, relating to peonage, slavery, and trafficking in persons, except sections 1593 through 1595," are ineligible to receive credits. 18 USC § 3632(4)(d)(xxvii). Pemberton's conviction was for sex

trafficking of a minor under 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(2), and (c), all of which fall under Chapter 77 and are not included in the exceptions under 18 USC § 3632(4)(d)(xxvii). Therefore, Pemberton is statutorily excluded from earning credits.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Devin Ahesia-Jay Pemberton's Motion to Reduce Sentence (Doc. # 133) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>4th</u> day of April, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3